IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MEGAN KEENE GORHAM, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-433-MTT |
| | * |
| HOUSTON HEALTHCARE SYSTEMS, INC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 15th day of May, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk